■ WANDA L. WARD et al., Respondents, v DAVID J. LASPINA, Appellant.—Order unanimously affirmed with costs (see, Cerrato v Thurcon Constr. Corp., 92 AD2d 89, appeal dismissed 59 NY2d 763). (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Dismiss Complaint.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.